IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **VINAIDA ROBNETT,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 3:17-cv-529-WKW-DAB |
| | ) |
| **TUSKEGEE UNIVERSITY,** | ) |
| | ) |
| **Defendant.** | ) |

## REPORT AND RECOMMENDATION

Plaintiff, Vinaida Robnett, sued Defendant, Tuskegee University, for age discrimination. (Doc. 1). The parties settled the case and filed a Joint Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 18). The Joint Stipulation requests the court retain jurisdiction until May 31, 2019. *Id.* A status hearing was conducted on May 25, 2018. As discussed at the hearing, there is no settlement agreement before the court or other information otherwise to justify the need for the court to retain jurisdiction of this case for a year.[1] Accordingly, it is hereby **recommended** that the court enter an order dismissing and closing the case, but not retain jurisdiction.

---

[1] Plaintiff's counsel did not timely appear for the hearing. Following the hearing, however, he contacted the court, was advised of the ruling, and was told that in the event he wanted to submit the settlement agreement or other evidence for the court's consideration, he could do so in conjunction with a timely objection to this report and recommendation.

## NOTICE TO PARTIES

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. Accordingly, it is hereby **ORDERED** that any objections to the Report and Recommendation shall be filed on or before **June 8, 2018**. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. *See* 11th Cir. R. 3-1; see also 28 U.S.C. § 636(b)(1).

**Recommended** this 25th day of May, 2018.

*/s/ David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE